UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
DENNIS K. OBDUSKEY,                             )
                                                )    Case No.: 18-18627 JGR
                                                )    Chapter 13
Debtor.                                         )

## CERTIFICATE OF SERVICE

**I, STEPHEN H. SWIFT, ESQ.**, certify that pursuant to L.B.R. 4001-2, I mailed a true and correct copy of the following documents:

1. Notice Pursuant to L.B.R. 4001-2.1
2. Motion to Continue Automatic Stay
3. Order Granting Request to Continue Automatic Stay
4. This Certificate of Service, and
5. Exhibit "A" Mailing Matrix

By placing the above listed documents in the U.S. Mail, postage prepaid, addressed to each of the following at their respective addresses on this **3rd** day of **October, 2018**:

Mr. Dennis K. Obduskey
604 Alpine Avenue
Pueblo, CO 81005

Clerk, US Bankruptcy Court                                           [e-filed only]

Mr. Douglas B. Kiel, Esq.
Chapter 13 Trustee
4725 S. Monaco St., Ste 120
Denver, Co 80237

All creditors listed on the attached **Exhibit A**.

Respectfully submitted this **2nd** day of **October, 2018**.

LAW OFFICE OF STEPHEN H. SWIFT, P.C.


　　/s/ Stephen H. Swift
Stephen H. Swift, #14766

Attorney for the Debtor(s)
733 East Costilla, Suites A&B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax transmission