| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-18627-JGR<br>District of Colorado<br>Denver<br>Wed Oct  3 19:18:39 MDT 2018 | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | Apria Healthcare Group, Inc.<br>Attn  Bankruptcy<br>26220 Enterprise Court<br>Lake Forest, CA 92630-8405 |
| Bank of the West<br>25657 Conifer Road<br>Conifer, CO 80433-9029 | Capital One NA<br>Attn  Bankruptcy<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capitalone<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 |
| Colorado Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203-2104 | Colorado Department of Revenue<br>2447 North Union Blvd.<br>Colorado Springs, CO 80909-1107 | Colorado Department of Revenue<br>Tax Compliance Audit Division<br>1375 Sherman Street, Room 504<br>Denver, CO 80261-0001 |
| Deer Creek Valley HOA<br>81 Saddle Horn Lane<br>Bailey, CO 80421-1028 | Deer Creek Valley HOA<br>P.O. Box 722<br>Bailey, CO 80421-0722 | Discover Bank<br>c/o Sawaya and Rose PC<br>P.O. Box 1020<br>Denver, CO 80201-1020 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | McCarthy & Holthus LLP<br>1770 4th Avenue<br>San Diego, CA 92101-2607 |
| McCarthy & Holthus, LLP<br>7700 East Arapahoe Road, Ste. 230<br>Centennial, CO 80112-1439 | Midland Funding<br>2365 Northside Drive<br>San Diego, CA 92108-2709 | Occupant/Tenant/Lessee<br>132 Wagon Tongue Road<br>Bailey, CO 80421-1057 |
| Park County Public Trustee<br>P.O. Box 638<br>Fairplay, CO 80440-0638 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Roberson Law, LLC<br>Attn  Jane Roberson, Esq.<br>720 S Colorado Blvd Ste 630<br>Denver, CO 80246-1943 |
| Snell and Wilmer<br>1200 17th Street, Ste. 1900<br>Denver, CO 80202-5854 | State Collection Service<br>2509 South Stoughton Road<br>Madison, WI 53716-3314 | Steven Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 |
| Steven L. Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/ultimate Electrn<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | US Attorney - Department of Justice<br>Tax Division - Western Region<br>Ben Franklin Station<br>Washington, DC 20044 | US Attorney - District of Colorado<br>1225 17th Street, Ste. 200<br>Denver, CO 80202-5534 |

```
US Trustee                          Wells Fargo Home Mortgage              Dennis K. Obduskey
Byron G. Rogers Federal Building    P.O. Box 14507                         604 Alpine Avenue
1961 Stout St.                      Des Moines, IA 50306-3507              Pueblo, CO 81005-1703
Ste. 12-200
Denver, CO 80294-6004


Douglas B. Kiel                     Stephen H. Swift
Chapter 13 Trustee                  733 E. Costilla St.
4725 S. Monaco St.                  Ste. A & B
Ste. 120                            Colorado Springs, CO 80903-3783
Denver, CO 80237-3468
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS District Director               (d)Internal Revenue Service            (d)Internal Revenue Service
Attn  Special Procedures            Attn  Technical Services Advisory Group P.O. Box 21126
600 17th Street, 12th Floor North   1999 Broadway MS 5021 DEN              Philadelphia, PA 19114-0326
Denver, CO 80202                    Denver, CO 80202-2490


Portfolio Recovery Associates       End of Label Matrix
120 Corporate Blvd., Ste. 1         Mailable recipients    34
Norfolk, VA 23502                   Bypassed recipients     0
                                    Total                  34
```