UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENNIS K. OBDUSKEY, ) | |
| ) | Case No.: 18-18627-JGR |
| ) | Chapter 13 |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

**I, STEPHEN H. SWIFT, ESQ.**, certify that I mailed a true and correct copy of the following documents:

1. Trustee Information Sheet
2. Domestic Support Obligation Form
3. Employee Income Record
4. Income Tax Returns
5. This Certificate of Service
6. Statement Regarding Pay advices

By uploading the documents to the following:

Douglas B. Kiel, Esq., Chapter 13 Trustee, at: 13documents.com

By placing the same in the U.S. Mails, postage prepaid, addressed to each of the following at their respective addresses on the **5th** day of **October, 2018**:

Mr. Dennis K. Obduskey
604 Alpine Avenue
Pueblo, CO 881005

Clerk, U.S. Bankruptcy Court          [via e-file; certificate of service, only]
U.S. Custom House
721  19th Street
Denver, CO 80202-2508

Respectfully submitted this **5th** day of **October, 2018**.

LAW OFFICE OF STEPHEN H. SWIFT, P.C.

   /s/ Stephen H. Swift
Stephen H. Swift, #14766
Attorney for the Debtor
733 East Costilla St., Suites A&B
Colorado Springs, CO 80903
(719) 520-0164

(719) 520-0248 fax transmission

2