UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                )
                                      )
DENNIS K. OBDUSKEY,                   )
                                      )    Case No.: 18-18627 JGR
                                      )    Chapter 13
Debtor.                               )

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On **October 3, 2018**, the Debtor through counsel filed a motion pursuant to Local Bankruptcy Rule **4001-2** entitled **Motion to Continue Automatic Stay**, **Docket No. 13**. Movants hereby certify that the following is true and correct:

1. Service of the motion/application, notice, and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form **9013-1.2**, previously filed with the motion/application on, **10/3/18.**

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the Court, a copy of which is attached, as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on **10/3/18**.

3. The document numbers for each of the following relevant documents are:

    a. The motion and all documents attached thereto and served therewith, **Docket No. 13**;
    b. The notice, **Docket No. 14**;
    c. The certificate of service of the motion and the notice, **Docket No. 14**;
    d. The proposed order, **Docket No. 13**.

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice, or have been resolved by Docket No. Not Applicable.

WHEREFORE, Movants pray that the Court forthwith enter an order, a form of which is submitted herewith, granting the requested relief:

Respectfully submitted this **22nd** day of **October, 2018.**

LAW OFFICE OF STEPHEN H. SWIFT, P.C.

_/s/ Stephen H. Swift_____
Stephen H. Swift, #14766
Attorney for the Debtors
733 E. Costilla St., Suites A&B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax transmission

## CERTIFICATE OF SERVICE

I certify that on **10/22/18**, a copy of this Order and the certificate of Non-Contested Matter were mailed, postage pre-paid to the following persons:

VIA E-MAIL TO:

Mr. Dennis K. Obduskey
604 Alpine Avenue
Pueblo, CO 81005

Clerk, US Bankruptcy Court            [e-filed only]

VIA ECF TO:

Mr. Douglas B. Kiel, Esq.
Chapter 13 Trustee
4725 S. Monaco St., Ste 120
Denver, Co 80237

_/s/ Stephen H. Swift_____