UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:  )
        )
DENNIS K. OBDUSKEY,  )
        )   Case No.: 18-18627 JGR
        )   Chapter 13
        )
Debtor.  )

**ORDER GRANTING MOTION TO CONTINUE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)(B) & L.B.R. 4001-2**

THE COURT having before it the Debtor's Motion to Continue the Automatic Stay pursuant to 11 U.S.C. §362(c)(3)(B) & L.B.R. 4001-2, and being fully advised in the premises;

THE COURT finds that this chapter 13 was filed in good faith.

This being the case IT IS ORDERED that the automatic stay is hereby extended pursuant to 11 U.S.C. §362(c)(3)(B) as to all creditors.

DATED: October 23, 2018

BY THE COURT:

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge