Certificate Number: 17082-CO-DE-031887862

Bankruptcy Case Number: 18-18627



17082-CO-DE-031887862

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2018, at 4:07 o'clock PM MST, DENNIS K OBDUSKEY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: November 10, 2018          By: /s/Orsolya K Lazar

                                 Name: Orsolya K Lazar

                                 Title: Executive Director