**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | CASE: 18-18627-JGR |
| DENNIS K OBDUSKEY | CHAPTER 13 |

**Debtor**

---

### TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN
---

The Standing Chapter 13 Trustee hereby files his Objection to Confirmation of Chapter 13 Plan and as grounds therefor states as follows:

1.  Trustee cannot determine if the Plan complies with the "best interest of creditors test" 11 U.S.C. § 1325(a)(4).  The language in Part 12 of the Plan needs to account for a result that includes contributions to the Plan of all non-exempt assets and disposable income should the Debtor's United States Supreme Court case no. 2017-1307 be successful. Disclosure of the outcome  will be made to the Trustee within 30 days, and if necessary, the plan will be modified to account for the turnover of all non-exempt assets and disposable income. 11 U.S.C. § 1325(a).

2.  The Plan may not meet the "best interest of creditors test." 11 U.S.C. § 1325(a)(4).  Part 3.2.B.4. includes an IRS priority amount of $25,455, however the IRS has filed a general unsecured claim. The Plan needs to be amended to remove the IRS priority amount of $25,455 from the Chapter 7 liquidation section of the Plan.

The Trustee reserves the right to amend his objection and to report on the Debtor's payment history at the hearing on his Objection.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny confirmation in the above-captioned matter and dismiss or convert the proceeding pursuant to 11 U.S.C. § 1307.

Dated: November 20, 2018  Respectfully submitted,

/s/ William R. Evans
William R. Evans, #36396
Attorney For The Chapter 13 Trustee
Douglas B. Kiel
4725 S Monaco Street, Suite 120
Denver, Co 80237
(720)398-4444
wevans@denver13.com

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Trustee's Objection to Confirmation of Chapter 13 Plan was placed in the U.S. Mail, postage prepaid, on November 20, 2018 addressed as follows:

DENNIS K OBDUSKEY
604 ALPINE AVE
PUEBLO, CO  81005

Notice by Electronic Transmission was sent to the following persons/parties:

THE LAW OFFICE OF STEPHEN H
SWIFT PC

/s/ Elizabeth Edlen
Case Manager