UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:
DENNIS K. OBDUSKEY

DEBTOR(S)

CASE NO. 18-18627-JGR
CHAPTER 13

---

**ORDER ON OBJECTION TO EXEMPTION IN PROPERTY**

---

     THIS MATTER comes before the Court upon the Objection to Exemption in Property filed by the Chapter 13 Trustee. The Court finds that sufficient grounds exist for the relief requested by the Chapter 13 Trustee in this case, and, accordingly,

    IT IS ORDERED THAT the Debtor's claim of exemption in property is hereby DENIED.


Dated:_____          _____
                                                        UNITED STATES BANKRUPTCY JUDGE