| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | DENNIS<br>First Name | K<br>Middle Name | OBDUSKEY<br>Last Name | Case #: 18-18627 JGR |
| Debtor 2: | <br>First Name | <br>Middle Name | <br>Last Name | Chapter: 13 |

## Local Bankruptcy Form 9013-1.1
## Notice of Motion/Application

**Complete applicable sections.**

### Part 1   Objection Deadline

Objection Deadline: **DECEMBER 13, 2018**

### Part 2   Notice

NOTICE IS HEREBY GIVEN that Douglas B. Kiel, as Chapter 13 Trustee ("Trustee") (the "Movant"), has filed a motion/application, **TRUSTEE'S OBJECTION TO EXEMPTION IN PROPERTY** (the "Motion"), with the Court and requests the following relief:

The Standing Chapter 13 Trustee requests that the Court deny the exemption in the property claimed by the debtors and to require debtors to reconcile the non-exempt portion of property in the Chapter 13 plan

If you oppose the Motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: November 21, 2018

/s/     William R. Evans
William R. Evans, #36396
Attorney for the Chapter 13 Trustee
4725 S. Monaco St., Ste. 150
Denver, CO 80237
(720) 398-4444