**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Dennis K. Obduskey | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO | | |
| Case number (if known) | 18-18627 | | |

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt  4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **604 Alpine Avenue Pueblo, CO 81005 Pueblo County**<br>Realtor.com used to determine value of $139,400.00.<br>Line from *Schedule A/B*: **1.1** | $139,400.00 | ■ $105,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 38-41-201(1)(b)** |
| **2001 Infiniti QX4 305,000 miles**<br>Kelley Blue Book used to determine value.<br>Line from *Schedule A/B*: **3.1** | $1,831.00 | ■ $1,831.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-102(1)(j)(I), (III)** |
| **1983 Nissan Sentra 200,000 miles**<br>Vehicle does not run.<br>Line from *Schedule A/B*: **3.2** | $200.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. §§ 13-54-102(1)(j)(I), (III)** |
| **Bedroom set, dining room set, washer, dryer, refrigerator, dishwasher, pots and pans, glassware, vacuum cleaner, stereo, television, dvd player, linens, living room set, stove, microwave, silverware, computer, vcr, recliner, end table, lamps.**<br>Line from *Schedule A/B*: **6.1** | $690.00 | ■ $690.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Colo. Rev. Stat. § 13-54-102(1)(e)** |

| Debtor 1 | Dennis K. Obduskey | | Case number (if known) | 18-18627 |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing for one person**<br>Line from Schedule A/B: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(a) |
| **Checking #7415: Bank of the West**<br>**25657 Conifer Road**<br>**Conifer, CO 80433**<br>Line from Schedule A/B: **17.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| **Savings #1334: Bank of the West**<br>**25657 Conifer Road**<br>**Conifer, CO 80433**<br>Line from Schedule A/B: **17.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| **IRA #1863: Charles Schwab IRA**<br>Line from Schedule A/B: **21.1** | $1,111.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(s) |
| **Unpaid wages**<br>Line from Schedule A/B: **30.1** | $0.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | 15 U.S.C. § 1673 |
| **State Farm Homeowners Insurance**<br>Line from Schedule A/B: **31.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 38-41-209 |
| **Vehicle insurance with State Farm**<br>Line from Schedule A/B: **31.2** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(m) |
| **United States Supreme Court case no. 2017-1307, this case was accepted by the US Supreme Court on writ of certiorari. Cert was accepted by SCOTUS on June 28, 2018. The case involves the issue of whether the Fair Debt Collection Practices Act (FDCPA) app**<br>Line from Schedule A/B: **33.1** | Unknown | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(m) |
| **United States Supreme Court case no. 2017-1307, this case was accepted by the US Supreme Court on writ of certiorari. Cert was accepted by SCOTUS on June 28, 2018. The case involves the issue of whether the Fair Debt Collection Practices Act (FDCPA) app**<br>Line from Schedule A/B: **33.1** | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Colo. Rev. Stat. § 13-54-102(1)(n) See David v. Sirius Computer, 779 F.3d 1209 (10th Cir. 2015) & In re Keyworth, 47 BR 966 (Bankr.D.Colo. 1985) |

| | | | |
|---|---|---|---|
| Debtor 1 **Dennis K. Obduskey** | | Case number (if known) | **18-18627** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes

Fill in this information to identify your case:

Debtor 1: Dennis K. Obduskey

Debtor 2 (Spouse if filing):

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): 18-18627

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Dennis K. Obduskey
Dennis K. Obduskey
Signature of Debtor 1

Signature of Debtor 2

Date December 10, 2018

Date

12/11/2018 04:50PM 5058832830 SUBURBAN EXT STAY PAGE 02/03