UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                      CHAPTER 13
                                                            CASE:  18-18627-JGR

DENNIS K. OBDUSKEY

        DEBTOR.

**TRUSTEE'S AMENDED OBJECTION TO PROPERTY CLAIMED AS EXEMPT**

The Standing Chapter 13 Trustee, pursuant to F.R.B.P. 4003 hereby objects to property claimed as exempt as set forth on Debtor's Amended Schedule C and as grounds therefore states as follows:

1. To the extent the Debtor claims an exemption in the value of any real property recovered as part of Debtor's United States Supreme Court Case No. 2017-1307, the Trustee objects. It is also unclear exactly what asset an exemption is being claimed on. Based on the description provided in the Schedules, the Trustee is unable to determine the nature of the exemption or whether C.R.S. 13-54-102(m) applies.

2. The Trustee objects to the exemption claimed under C.R.S. 13-54-102(1)(n) in the amended Schedule C filed on December 12, 2018 (Docket No. 29). The exemption claimed applies only to personal injury proceeds.

WHEREFORE, the Standing Chapter 13 Trustee requests that the Court deny the exemption in the property claimed by the debtor and to require debtor to reconcile the non-exempt portion of the property in the Chapter 13 plan.

December 18, 2018

Respectfully submitted,

 /s/     William R. Evans
William R. Evans, #36396
Attorney for the Chapter 13 Trustee
4725 S. Monaco St., Ste. 150
Denver, CO 80237
(720) 398-4444
wevans@denver13.com

CERTIFICATE OF MAILING

    I hereby certify that a true and correct copy of the above Amended Objection to Claim of Exemption in Property and Notice was placed in the U.S. Mail, postage prepaid, on <u>December 18, 2018 addressed</u> as follows:

Dennis K. Obduskey
604 Alpine Ave.
Pueblo CO 81005

Law Office of Stephen H. Swift PC
733 E. Costilla
Suites A&B
Colorado Springs CO 80903

Synchrony Bank
c/o PRA Receivables Management LLC
POB 41021
Norfolk VA 23541

Wells Fargo Bank, N.A.
Default Document Processing
N9086-01Y
100 Blue Gentian Rd
Eagan MN 55121-7700

Ilene Dell'Acqua
c/o McCarthy & Holthus LLP
7700 E Arapahoe Rd Ste 230
Centennial CO 80112


 /s/Elizabeth Edlen_____
Chapter 13 Trustee Staff Member