| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-18627-JGR<br>District of Colorado<br>Denver<br>Thu Dec 20 16:59:51 MST 2018 | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | Apria Healthcare Group, Inc.<br>Attn  Bankruptcy<br>26220 Enterprise Court<br>Lake Forest, CA 92630-8405 |
| Bank of the West<br>25657 Conifer Road<br>Conifer, CO 80433-9029 | Capital One NA<br>Attn  Bankruptcy<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capitalone<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 |
| Colorado Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203-2104 | Colorado Department of Revenue<br>2447 North Union Blvd.<br>Colorado Springs, CO 80909-1107 | Colorado Department of Revenue<br>Tax Compliance Audit Division<br>1375 Sherman Street, Room 504<br>Denver, CO 80261-0001 |
| Deer Creek Valley HOA<br>81 Saddle Horn Lane<br>Bailey, CO 80421-1028 | Deer Creek Valley HOA<br>P.O. Box 722<br>Bailey, CO 80421-0722 | Discover Bank<br>c/o Sawaya and Rose PC<br>P.O. Box 1020<br>Denver, CO 80201-1020 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | McCarthy & Holthus LLP<br>1770 4th Avenue<br>San Diego, CA 92101-2607 |
| McCarthy & Holthus, LLP<br>7700 East Arapahoe Road, Ste. 230<br>Centennial, CO 80112-1439 | Midland Funding<br>2365 Northside Drive<br>San Diego, CA 92108-2709 | Occupant/Tenant/Lessee<br>132 Wagon Tongue Road<br>Bailey, CO 80421-1057 |
| Park County Public Trustee<br>P.O. Box 638<br>Fairplay, CO 80440-0638 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Roberson Law, LLC<br>Attn  Jane Roberson, Esq.<br>720 S Colorado Blvd Ste 630<br>Denver, CO 80246-1943 |
| Snell and Wilmer<br>1200 17th Street, Ste. 1900<br>Denver, CO 80202-5854 | State Collection Service<br>2509 South Stoughton Road<br>Madison, WI 53716-3314 | Steven Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 |
| Steven L. Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/ultimate Electrn<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | US Attorney - Department of Justice<br>Tax Division - Western Region<br>Ben Franklin Station<br>Washington, DC 20044 | US Attorney - District of Colorado<br>1225 17th Street, Ste. 200<br>Denver, CO 80202-5534 |

| | | |
|---|---|---|
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Verizon<br>by American InfoSource as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Wells Fargo Home Mortgage<br>P.O. Box 14507<br>Des Moines, IA 50306-3507 |
| Dennis K. Obduskey<br>604 Alpine Avenue<br>Pueblo, CO 81005-1703 | Douglas B. Kiel<br>Chapter 13 Trustee<br>4725 S. Monaco St.<br>Ste. 120<br>Denver, CO 80237-3468 | Stephen H. Swift<br>733 E. Costilla St.<br>Ste. A & B<br>Colorado Springs, CO 80903-3783 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS District Director<br>Attn  Special Procedures<br>600 17th Street, 12th Floor North<br>Denver, CO 80202 | (d)Internal Revenue Service<br>Attn  Technical Services Advisory Group<br>1999 Broadway MS 5021 DEN<br>Denver, CO 80202-2490 | (d)Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 |
| Portfolio Recovery Associates<br>120 Corporate Blvd., Ste. 1<br>Norfolk, VA 23502 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wells Fargo Bank, N.A. | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                  36 |