UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 18-18627-JGR |
| DENNIS K OBDUSKEY | CHAPTER 13 |
| DEBTOR | |

## WITHDRAWAL OF OBJECTION TO EXEMPTION

The Standing Chapter 13 Trustee hereby withdraws his Objection to Exemption in the above captioned proceeding because:

Trustee's objection has been resolved due to the amount paid to class 4 claimants under the Chapter 7 Reconciliation of the Plan.

January 14, 2019                    Respectfully submitted,

/s/ William R. Evans
William R. Evans, #36396
Attorney for the Chapter 13 Trustee
Douglas B. Kiel
4725 S MONACO STREET, SUITE 120
DENVER, CO 80237
(720)398-4444
wevans@denver13.com

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the above Chapter 13 Trustee's Withdrawal of Objection to Exemption was placed in the U.S. Mail, postage prepaid, on January 14, 2019 addressed as follows:

DENNIS K OBDUSKEY
604 ALPINE AVE
PUEBLO, CO  81005

Notice by Electronic Transmission was sent to the following persons/parties:

THE LAW OFFICE OF STEPHEN H SWIFT PC

/s/ Elizabeth Edlen
for Douglas B. Kiel