UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Thursday, January 31, 2019, before Honorable Joseph G. Rosania, Jr.

In re:                                                            Bankruptcy Case No.
**Dennis K. Obduskey**                                            18-18627 JGR
                                                                  Chapter 13
Debtor(s).
Last four digits of SS#: : **8785**

☒ **Appearances:**
Debtor(s): Dennis Obduskey                     Counsel: Stephen Swift, by phone
Chapter 13 Trustee: Douglas Kiel               Counsel: William Evans

**Proceedings:**   Continued hearing regarding confirmation of Debtor's Amended Chapter 13 Plan filed December 20, 2018 (Docket #34)

☒   Entry of appearances and statements/arguments made.
☒   The Court was advised that Debtor(s) is current on payments to the Chapter 13 Trustee.
☒   Evidentiary[1]

**Orders:**
☒   Oral findings and conclusions made of record.
☒   IT IS ORDERED this hearing is continued to **Thursday, March 14, 2019** at **10:00 a.m. in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO 80202. Counsel/parties may appear by telephone at the continued hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782**. You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at **720-904-7327** and leave a name and the telephone number where you can be reached and the Court will return the call.

FOR THE COURT:
Kenneth S. Gardner, Clerk
/s/ A. Sekera
By: A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes