United States Bankruptcy Court
District of Colorado

In re:                                                                       Case No. 18-18627-JGR
Dennis K. Obduskey                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: gentd              Page 1 of 1              Date Rcvd: Jan 31, 2019
                              Form ID: pdf904          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.
db          +Dennis K. Obduskey,   604 Alpine Avenue,   Pueblo, CO 81005-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Ilene Dell'Acqua    on behalf of Creditor   Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com,
               idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Stephen H. Swift    on behalf of Debtor Dennis K. Obduskey stephen.swift@swiftlaw.net,
               cris@swiftlaw.net;Alicia@swiftlaw.net
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held Thursday, January 31, 2019, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br>**Dennis K. Obduskey**<br><br>Debtor(s).<br>Last four digits of SS#: : **8785** | Bankruptcy Case No.<br>18-18627 JGR<br>Chapter 13 |

☒ **Appearances:**
Debtor(s): Dennis Obduskey          Counsel: Stephen Swift, by phone
Chapter 13 Trustee: Douglas Kiel     Counsel: William Evans

**Proceedings:**  Continued hearing regarding confirmation of Debtor's Amended Chapter 13 Plan filed December 20, 2018 (Docket #34)

☒ Entry of appearances and statements/arguments made.
☒ The Court was advised that Debtor(s) is current on payments to the Chapter 13 Trustee.
☒ Evidentiary[1]

**Orders:**
☒ Oral findings and conclusions made of record.
☒ IT IS ORDERED this hearing is continued to **Thursday, March 14, 2019** at **10:00 a.m. in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, CO 80202.  Counsel/parties may appear by telephone at the continued hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing.  It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#).  The access code is: **9369782**. You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call the Judge's chambers at **720-904-7327** and leave a name and the telephone number where you can be reached and the Court will return the call.

FOR THE COURT:
Kenneth S. Gardner, Clerk
/s/ A. Sekera
By: A. Sekera, Courtroom Deputy

---

[1] Evidentiary for statistical reporting purposes