**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | Bankruptcy Case No 18-18627-JGR |
| DENNIS K. OBDUSKEY, | Chapter 13 |
| Last four digits of SS#: 8785<br>Employer's Tax Identification<br>No. [if any]: N/A | |
| Debtor(s). | |

### ORDER RESCHEDULING HEARING

THIS MATTER comes before the Court *sua sponte*. The Court, having reviewed the Court's docket, finds that a conflict has arisen in the scheduling of the Court's docket and, therefore,

IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN that the hearing regarding confirmation of the Debtor's Amended Chapter 13 Plan filed December 20, 2018 (Docket #34), scheduled for Thursday, March 14, 2019 at 10:00 a.m. is hereby **VACATED AND RESCHEDULED** for **Thursday, March 21, 2019 at 10:00 a.m. in Courtroom B**, United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508.

Dated this 13th day of March, 2019.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge