UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                              )
                                    )
DENNIS K. OBDUSKEY,                 )
                                    )      Case No.: 18-18627-JGR
                                    )      Chapter 13
Debtor.                             )

CONFIRMATION STATUS REPORT FORM 3015-1.4

The debtor(s) through counsel submits the following status report pursuant to L.B.R. 3015-1 and state(s) as follows:

**Part 1 Report**

The Debtor(s) filed for chapter 13 relief on **10/2/2018.**   The Debtor(s) attended his 11 U.S.C. § 341 (a) meeting of creditors on **11/15/2018**.

**Part 2 Notice & Service Date**

The last plan to be noticed and served was dated 10/2/2018 at docket no. 2.

List all prior plans and dates of filing:

| **Plan** | **Date of Filing** | **Docket No.** |
|---|---|---|
| Chapter 13 Plan & Condensed Plan | 10/2/2018 | 2 |
| 1st Amended Plan | 12/20/18 | 34 |
|  |  |  |
|  |  |  |

**Part 3 Objections**

■   No objections have been filed to the last plan.
❑   The following objections have been filed:

| **Name of Objecting Party** | **Docket No.** |
|---|---|
|  |  |

|  |  |
|---|---|
|  |  |

AND

■        The debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

**Part 4 Summary of Objections**

| Objection | Debtor's response |
|---|---|
|  | The debtor has retained Clyde Laut & Associates, PO Box 3395, Pueblo, CO 81005, telephone (719) 595-0211, to perform an appraisal. The debtor believes the home in Pueblo is, because of age and condition, in below average condition. If this assumption is correct, the debtor will need to file a 2nd amended plan. If the value given the house proves to be correct, the debtor would simply file a Verification of Confirmable Plan. The appraiser has indicated that his report shall be ready on or about **March 20 to March 27, 2019.** Accordingly, the debtor requests that this matter be held over pending receipt of the appraiser's report. |
|  |  |
|  |  |
|  |  |

**Part 5 Resolution of Objections by Amended Plan**

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

  a. Filing of Amended Plan.

    ❑ The debtor already has filed an amended plan, dated ___, at docket no. ___. The amended plan makes the following changes: _____.

    ❑ The debtor intends to file an amended plan within 2 weeks. The amended plan will make the following changes: See above.

  b. Treatment of Objections by Amended Plan.

  ❑  The amended plan is intended to resolve all of the objections filed;

  ❑  The amended plan is intended to resolve only certain objections as described:

    1. (List objection and explain how it is resolved by amended plan) _____.

    2. _____.

c. Notice of Amended Plan:

  ❑  Notice to all creditors: The debtor contends notice of the plan must be served on the chapter 13 trustee and all creditors and parties in interest.

  ❑  Request to limit notice: The debtors requests notice of the amended plan be limited for the following reasons: _____.

d. Objection Time Period for Amended Plan:

  ❑  Objection deadline pursuant to Fed.R.Bankr.P. 2002(a): The debtor contends notice of the amended plan should be for the full objection period set forth in Fed.R.Bankr.P. 20012(a).

  ❑  Request to shorten time period: The debtor requests the objection period set forth in Fed.R.Bankr.P. 2002 (a) be shortened to \_\_\_ days. The reason for this is: _____.

**Part 6 Resolution of Objections by Judicial Determination**

**Use this section if the debtor intends to resolve the objection(s) by judicial determination without an amended plan.**

  ❑  The debtor requests judicial determination of all outstanding objections.

  ❑  The debtor requests judicial determination of only certain objections raising the following outstanding issues:

    1. _____.
    2. _____.

  ❑  The hearing will require presentation of evidence. The debtor anticipates the court time necessary to determine this contested matter will be \_\_\_ hours. The debtor anticipates \_\_\_ witnesses will be called to testify.

❑	The hearing will require legal argument only.

**Part 7 Other Information Regarding the Status of Case**

**Provide any other information on the status of the case and confirmation issues that the debtor wishes to bring to the Court's attention.**

Nothing further.

Respectfully submitted this 13th day of March, 2019.

Law Office of Stephen H. Swift, P.C.

_/s/ Stephen H. Swift_____
Stephen H. Swift, #14766
Attorneys for Debtor(s)
733 East Costilla Street
Suites A & B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax transmission
E-mail: stephen.swift@swiftlaw.net

CERTIFICATE OF MAILING

I certify that a copy of the following was mailed, postage prepaid, this 13th day of March, 2019 to the following persons:

VIA E-MAIL TO:

Dennis K. Obduskey
604 Alpine Avenue
Pueblo, CO 81005

VIA ECF TO:

Douglas B. Kiel, Esq.
Chapter 13 Trustee
4725 South Monaco Street
Suite 120
Denver. CO 80237

Clerk, US Bankruptcy Court		[E-filed only]

_/s/ Stephen H. Swift_____