**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | Bankruptcy Case No 18-18627-JGR |
| DENNIS K. OBDUSKEY, | |
| Last four digits of SS#:  8785 | Chapter 13 |
| Debtor(s). | |

**ORDER VACATING AND RESCHEDULING CONFIRMATION HEARING**

THIS MATTER comes before the Court on review of the within case file and the Confirmation Status Report filed on March 13, 2019 (Docket #43).  The Court, having reviewed the pleadings,

DOES FIND that by way of the Confirmation Status Report, the Debtor advised the Court that "[t]he appraiser has indicated that his report shall be ready on or about March 20 to March 27, 2019.  Accordingly, the debtor requests that this matter be held over pending receipt of the appraiser's report.

HEREBY ORDERS as follows:

1.      The hearing on confirmation currently scheduled for March 21, 2019 at 10:00 a.m. is **VACATED and RESCHEDULED** for a non-evidentiary hearing on **Thursday, April 25, 2019, at 10:00 a.m. in Courtroom B**, U.S. Bankruptcy Court, 721 19th Street, Denver, Colorado 80202-2508.  Counsel/parties may appear by telephone at the continued hearing.  The following instructions are provided for appearing by telephone and connecting to the conference call line:

> Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing.  It is a computerized system and you will be prompted to input an access code/meeting ID, followed by the pound key (#).  The access code/meeting ID is: **9369782**.  You may then be prompted to input an attendee ID number, followed by the pound key (#).  If you do not know this attendee ID number, press the pound key (#) to continue.  You will then be connected into the conference.  Failure to connect to the conference in a timely manner may preclude your participation in the hearing.  If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

IT IS FURTHER ORDERED that Debtor(s) shall, on or before **April 18, 2019**, file with this Court either a Verification of Confirmable Plan or an amended Confirmation Status Report in accordance with L.B.R. 3015-1.

Dated this 14th day of March, 2019.

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge