**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **DENNIS K. OBDUSKEY** | ) | 18-18627-JGR |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| Last four digits of SS#: **8785** | ) | |
| | ) | |

**ORDER DENYING CONFIRMATION OF PLAN; DIRECTING NOTICE OF AMENDED PLAN AND NOTICE OF HEARING ON PLAN CONFIRMATION**

THIS MATTER comes before the Court on review of the within case file and the Confirmation Status Report filed by Debtor(s) in accordance with Local Bankruptcy Rule 3015-1 on April 18, 2019 (Docket #49) as well as the Amended Chapter 13 Plan of Reorganization filed by Debtor(s) on April 18, 2019 (Docket #48). The Court,

DOES FIND that the Report indicates that Debtor(s) has/have filed an amended plan to resolve pending objection to confirmation and/or to cure deficiencies in the prior plan.

THEREFORE, THE COURT HEREBY ORDERS as follows:

1. Confirmation of Debtor(s) Amended chapter 13 plan filed December 20, 2018 (Docket #34) is DENIED and any objection(s) thereto is/are deemed MOOT by the amended plan filed April 18, 2019.

2. The hearing on confirmation currently scheduled for **April 25, 2019** at 10:00 a.m. is VACATED and RESCHEDULED for a non-evidentiary hearing regarding Debtor(s) amended Chapter 13 Plan and Objections thereto, if any, at **10:00 a.m. on Thursday**, **June 13, 2019**, **in Courtroom B**, U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

**Only if a timely and meaningful Confirmation Status Report is filed, counsel/parties may appear by telephone at the hearing**. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782**. You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the

Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

     3.     The Debtor(s) shall file a notice in substantial conformity with L.B. Form 3015-1.2 and in compliance with Bankruptcy Rules 2002(b) and 7004, which notice shall also include language in paragraph two above regarding telephone appearance at the continued hearing, and shall serve such notice, along with a copy of the amended Chapter 13 Plan, on or before **May 9, 2019**, on the following:

- ☒ Chapter 13 Trustee
- ☒ All creditors and parties who have entered an appearance and/or requested notice in the case
- ☒ All creditors and interested parties

     4.     The deadline for filing objections to confirmation is **May 30, 2019**.

     5.     On or before **June 6, 2019**, the Debtor(s) shall file the appropriate Confirmation Status Report or Verification of Confirmable Plan.

**IN THE EVENT DEBTOR FAILS TO TIMELY FILE A MEANINGFUL CONFIRMATION STATUS REPORT BY THE ABOVE DEADLINE, DEBTOR(S)—appearing pro se or through counsel—SHALL APPEAR, IN PERSON, AT THE CONTINUED HEARING.**

     6.     In the event Debtor(s) fails/fail to comply as ordered herein, confirmation of the amended plan may be DENIED and the case may be dismissed without further notice or hearing.

Dated: **April 19, 2019**

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge