UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
DENNIS K. OBDUSKEY, )
) Case No.: 18-18627-JGR
) Chapter 13
Debtor. )

**LOCAL BANKRUPTCY FORM 3015-1.2**
**NOTICE OF FILING AMENDED CHAPTER 13 PLAN, DEADLINE FOR FILING OBJECTIONS THERETO, AND HEARING ON CONFIRMATION**

**PART 1: OBJECTION DEADLINE: May 30, 2019**

**PART 2: NOTICE:**

NOTICE IS HEREBY GIVEN that the debtor(s) filed a chapter 13 plan on December 20, 2018, at docket no. 34. A copy of the Chapter 13 Plan is attached. A hearing on confirmation of debtor's Chapter 13 Plan will be held on **Thursday, June 13, 2019 at 10:00 a.m. in Courtroom B, US Bankruptcy Court, US Custom House, 721 19th Street, Denver, CO 80202**.

The last day to file an objection to the plan is the objection deadline stated above. Objections to the Chapter 13 Plan must comply with L.B.R. 3015-1(c) and must clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any. General objections will not be considered by the court.

Parties who have complied with L.B.R. 3015-1 may appear telephonically at the confirmation hearing. A few minutes before the hearing dial **1-888-684-8852** followed by the access code of 9369782 followed by the # sign.

Unless a written objection is filed, the Chapter 13 Plan may be confirmed without a hearing, upon the debtor's filing of L.B.F. 3015-1.3, Verification of Confirmable Plan pursuant to L.B.R. 3015-1.

This notice pertains only to the Chapter 13 Plan. Creditors should also review the Notice of Chapter 13 Case for additional information and deadlines, including those related to objecting to dischargeability of certain debts, objecting to exemptions, and filing a proof of claim.

Respectfully submitted this 24th day of April 2019.

Law Office of Stephen H. Swift, P.C.

/s/ Stephen H. Swift
Stephen H. Swift, Attorney No. 14766
733 East Costilla Street, Suites A&B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248
stephen.swift@swiftlaw.net

## CERTIFICATE OF MAILING

The undersigned hereby certifies that the following documents:

1. Amended Chapter 13 Plan dated April 18, 2019;
2. Notice of Filing Chapter 13 Plan, Deadline for Filing Objections and Hearing on Confirmation;
3. **Exhibit A** mailing matrix

Were served by placing the same in the U.S. Mail, first class postage pre-paid, this 24th day of April, 2019:

Mr. Dennis K. Obduskey
604 Alpine Avenue
Pueblo, CO 81005


Clerk US Bankruptcy Court                                    [E-filed only]

Douglas Kiel, Esq.
Chapter 13 Trustee
4725 South Monaco Street
Suite 120
Denver, CO 80237

All persons and interested parties listed on the attached **Exhibit A** mailing matrix.

                                                __/s/ Stephen H. Swift_____

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-18627-JGR<br>District of Colorado<br>Denver<br>Wed Apr 24 10:11:04 MDT 2019 | Apria Healthcare Group, Inc.<br>Attn Bankruptcy<br>26220 Enterprise Court<br>Lake Forest, CA 92630-8405 | Bank of the West<br>25657 Conifer Road<br>Conifer, CO 80433-9029 |
| Capital One NA<br>Attn Bankruptcy<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capitalone<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 | Colorado Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203-2104 |
| Colorado Department of Revenue<br>2447 North Union Blvd.<br>Colorado Springs, CO 80909-1107 | Colorado Department of Revenue<br>Tax Compliance Audit Division<br>1375 Sherman Street, Room 504<br>Denver, CO 80261-0001 | Deer Creek Valley HOA<br>81 Saddle Horn Lane<br>Bailey, CO 80421-1028 |
| Deer Creek Valley HOA<br>P.O. Box 722<br>Bailey, CO 80421-0722 | Ilene Dell'Acqua<br>7700 E. Arapahoe Rd.<br>Ste., 230<br>Centennial, CO 80112-1439 | Discover Bank<br>c/o Sawaya and Rose PC<br>P.O. Box 1020<br>Denver, CO 80201-1020 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Douglas B. Kiel<br>Chapter 13 Trustee<br>7100 E Belleview Ave<br>Ste. 300<br>Greenwood Village, CO 80111-1637 |
| McCarthy & Holthus LLP<br>1770 4th Avenue<br>San Diego, CA 92101-2607 | McCarthy & Holthus, LLP<br>7700 East Arapahoe Road, Ste. 230<br>Centennial, CO 80112-1439 | Midland Funding<br>2365 Northside Drive<br>San Diego, CA 92108-2709 |
| Dennis K. Obduskey<br>604 Alpine Avenue<br>Pueblo, CO 81005-1703 | Occupant/Tenant/Lessee<br>132 Wagon Tongue Road<br>Bailey, CO 80421-1057 | Park County Public Trustee<br>P.O. Box 638<br>Fairplay, CO 80440-0638 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Roberson Law, LLC<br>Attn Jane Roberson, Esq.<br>720 S Colorado Blvd Ste 630<br>Denver, CO 80246-1943 | Snell and Wilmer<br>1200 17th Street, Ste. 1900<br>Denver, CO 80202-5854 |
| State Collection Service<br>2509 South Stoughton Road<br>Madison, WI 53716-3314 | Steven Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 | Steven L. Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 |
| Stephen H. Swift<br>733 E. Costilla St.<br>Ste. A & B<br>Colorado Springs, CO 80903-3783 | Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/ultimate Electrn<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |

```
Synchrony Bank                              US Attorney - Department of Justice      US Attorney - District of Colorado
c/o PRA Receivables Management, LLC         Tax Division - Western Region            1225 17th Street, Ste. 200
PO Box 41021                                Ben Franklin Station                     Denver, CO 80202-5534
Norfolk, VA 23541-1021                      Washington, DC 20044


US Trustee                                  Verizon                                  Wells Fargo Home Mortgage
Byron G. Rogers Federal Building            by American InfoSource as agent          P.O. Box 14507
1961 Stout St.                              PO Box 248838                            Des Moines, IA 50306-3507
Ste. 12-200                                 Oklahoma City, OK  73124-8838
Denver, CO 80294-6004
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS District Director                       (d)Internal Revenue Service             (d)Internal Revenue Service
Attn  Special Procedures                    Attn  Technical Services Advisory Group  P.O. Box 21126
600 17th Street, 12th Floor North           1999 Broadway MS 5021 DEN                Philadelphia, PA 19114-0326
Denver, CO 80202                            Denver, CO 80202-2490


Portfolio Recovery Associates
120 Corporate Blvd., Ste. 1
Norfolk, VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Wells Fargo Bank, N.A.                   End of Label Matrix
                                            Mailable recipients    35
                                            Bypassed recipients     1
                                            Total                  36
```