UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DENNIS K. OBDUSKEY, | ) | |
| | ) | Case No.: 18-18627-JGR |
| | ) | Chapter 13 |
| Debtor. | ) | |

**VERIFICATION OF CONFIRMABLE PLAN PURSUANT T.L.B.R. 3015-1.3**

COMES NOW the Debtor through counsel and moves the court for an order (1) confirming the chapter 13 plan filed **April 18, 2019, docket no. 48**, and, if applicable, (2) valuing the collateral of secured creditors to be paid through the plan pursuant to 11 USC § 506.

IN SUPPORT thereof the Debtor verifies the following:

1) The document number for the applicable plan now pending confirmation is **docket no. 48** and the certificate of service filed in relation to the plan is **docket no. 53**.

2) The Debtor is current having made all payments due under the terms of the plan as of the date the debtor files this Verification.

3) There were no objections filed, or any objections to plan confirmation have been withdrawn by the objector in writing or otherwise overruled by the Court, and the plan may be confirmed without further notice or hearing.

4) The Debtor has paid all amounts required to be paid under domestic support obligations that became payable after the date of filing of the petition or the Debtor has no domestic support obligations.

5) The Debtor has filed all tax returns required under 11 U.S.C. § 1308.

6) All statements in the plan to be confirmed are true and correct and the plan contains sufficient facts to allow confirmation.

7) The Debtor (or the court, as applicable) has provided appropriate notice of the plan and any plan amendments, serving them as required under 11 U.S.C. § 342(e) and (f), Fed.R.Bankr.P. 2002(b), 9014 and 7004, and L.B.R. 3015-1, or as otherwise ordered by the court.

WHEREFORE the Debtor requests that the court enter an order confirming the plan.

Respectfully submitted this 4th day of June, 2019.

        Law Office of Stephen H. Swift, P.C.

        _/s/ Stephen H. Swift_____
        Stephen H. Swift, #14766
        Attorney for the Debtors
        733 East Costilla Street, Suites A & B
        Colorado Springs, CO 80903
        (719) 520-0164
        (719) 520-0248 fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, postage prepaid, to the following persons this 4th day of June, 2019:

| VIA E-MAIL TO:<br><br>Mr. Dennis K. Obduskey<br>604 Alpine Avenue<br>Pueblo, CO 881005 | E-FILED<br><br>Clerk, U.S. Bankruptcy Court |
|---|---|
| VIA ECF TO:<br><br>Douglas B. Kiel, Esq.<br>Chapter 13 Trustee<br>7100 E. Belleview St., Suite 300<br>Greenwood Village, CO 80111 | VIA ECF TO:<br><br>US Trustee<br>1961 Stout Street<br>Suite 12-200<br>Denver, CO 80294 |

        _/s/ Stephen H. Swift_____