**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

IN RE:                                                CASE: 18-18627-JGR

DENNIS K OBDUSKEY                                     CHAPTER 13

**Debtor**

---

## TRUSTEE'S OBJECTION TO CLAIM

NOW COMES Douglas B. Kiel, Chapter 13 Trustee and moves for an Order Disallowing claim #4 filed by JAMES WARE KELLEY (VIA CERTIFIED MAIL).

The creditor has filed their claim past the bar date . FRBP 3002(c).

| Creditor | Claim Amount | Date Filed | Claim Number |
|---|---|---|---|
| JAMES WARE KELLEY (VIA CERTIFIED MAIL) | $229,638.99 | 7/5/19 | 4 |

**Wherefore, the Trustee prays for an Order:**

Disallowing claim #4 filed by JAMES WARE KELLEY (VIA CERTIFIED MAIL) in the amount of $229,638.99.

Dated: August 8, 2019                          Respectfully submitted,


/s/ Douglas B. Kiel
Douglas B. Kiel, Chapter 13 Trustee
7100 E BELLEVIEW AVE, SUITE 300
GREENWOOD VILLAGE, CO 80111
(720)398-4444