# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 18-18627-JGR |
| DENNIS K OBDUSKEY | CHAPTER 13 |

**Debtor(s)**

## ORDER ON OBJECTION TO CLAIM

Upon the Motion of Douglas B. Kiel, Chapter 13 Trustee, it is:

ORDERED that the claim listed below is disallowed as unenforceable against this estate .

| **Creditor** | **Claim Amount** | **Date Filed** | **Claim Number** |
|---|---|---|---|
| JAMES WARE KELLEY (VIA CERTIFIED MAIL) | $229,638.99 | 7/5/19 | 4 |

Dated:                                                         BY THE COURT:

                                                                _____
                                                                U.S. BANKRUPTCY JUDGE