UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 18-18627-JGR |
| DENNIS K OBDUSKEY | CHAPTER 13 |
| Debtor(s) | |

**LBF 9013-1.1 - NOTICE OF TRUSTEE'S OBJECTION TO CLAIM**

**OBJECTION DEADLINE: 9/9/19**

**YOU ARE HEARBY NOTIFIED** that Douglas B. Kiel, Chapter 13 Trustee has filed an Objection to Claim 4 filed by JAMES WARE KELLEY (VIA CERTIFIED MAIL) with the bankruptcy court and requests the following relief: that an Order disallowing Claim 4 in full be entered.

If you desire to oppose the Motion you must file a written objection on or before the deadline stated above, and request a hearing with the Bankruptcy Court, 721 19th Street, Denver, CO 80202-2508 and serve a copy upon the Chapter 13 Trustee, 7100 E. Belleview Ave., Ste 300, Greenwood Village, CO 80111. Objections and requests for hearing shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: August 8, 2019

/s/ Douglas B. Kiel
Douglas B. Kiel, Chapter 13 Trustee
7100 E BELLEVIEW AVE, SUITE 300
GREENWOOD VILLAGE, CO 80111
(720)398-4444

**CERTIFICATE OF SERVICE ON TRUSTEE'S OBJECTION TO CLAIM**

I certify that a true and correct copy of the foregoing Trustee's Objection to Claim, Notice of Trustee's Objection to Claim and Proposed Order were served upon each party listed below by placing same in the U.S. Mail, postage prepaid.

/s/Kayla Ross
for Douglas B. Kiel, Chapter 13 Trustee

DENNIS K OBDUSKEY
604 ALPINE AVE
PUEBLO, CO  81005

JAMES WARE KELLEY (VIA CERTIFIED MAIL)
DBA MORTGAGE-INVESTIGATOR.COM
99 WALL STREET
SUITE 1576
NEW YORK, NY  10005

Notice by Electronic Transmission was sent to the following persons/parties:
THE LAW OFFICE OF STEPHEN H SWIFT PC