UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                   )
                                         )
DENNIS K. OBDUSKEY,                      )
                                         )   Case No.: 18-18627-JGR
                                         )   Chapter 13
Debtor.                                  )

## RESPONSE TO OBJECTION TO CLAIM

COMES NOW the debtor through counsel and submits the following response to the trustee's objection:

1. The debtor requests that this claim be allowed even though it is filed late.

2. The claim should be allowed because no harm will occur as it relates to other creditors.

3. The debtor has recently been audited by the IRS and this has resulted in an increase in the amount of his priority obligations to the IRS. The debtor expects that he will need to modify the plan to provide for the increased amounts payable to the IRS and, potentially, to the CDR. (An increase in the net income on the debtor's returns should also trigger an increase in the amount payable to the CDR.) Accordingly, it is very likely that the debtor will need to modify the plan in any event.

4. The debtor was not aware of the James Ware claim because he did not receive an invoice from this creditor until July 5, 2019. This being said, the debtor believes that the services referenced in the invoice were provided to the debtor prior to the filing of the petition in this case. Please see the attached **Exhibit A** which is a copy of that creditor's invoice emailed to him in July, 2019.

5. It is in the best interest of the debtor to see that all claims are addressed in this chapter 13 which includes James Ware and the taxing authorities.

6. The impact of modifying the plan to provide for the IRS and the CDR will be to lower the amount payable to class IV, unsecured creditors in any event. Accordingly, it makes sense for the debtor to be allowed to include this claim with his list of class IV unsecured creditors given the minimal impact to all parties involved.

Respectfully submitted this 9th day of September, 2019.

Law Office of Stephen H. Swift, P.C.

_/s/ Stephen H. Swift_____
Stephen H. Swift, #14766
Attorneys for Debtor(s)
733 East Costilla Street
Suites A & B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax transmission
E-mail: stephen.swift@swiftlaw.net

CERTIFICATE OF MAILING

I certify that a copy of the following was mailed, postage prepaid, this 9th day of September, 2019 to the following persons:

| VIA E-MAIL TO:<br><br>denniso@airbiz.net<br><br>Dennis K. Obduskey<br>604 Alpine Avenue<br>Pueblo, CO 81005 | VIA ECF TO:<br><br>Douglas B. Kiel, Esq.<br>Chapter 13 Trustee<br>7100 East Belleview Avenue<br>Suite 300<br>Greenwood Village, CO 80111 |
|---|---|
| EFILED TO:<br><br>Clerk, US Bankruptcy Court | |

_/s/ Stephen H. Swift_____