# Invoice

**From**  
Mortgage-Investigator.com  
Kelley@Mortgage-Investigator.com

**To**  
Dennis Obduskey  
denniso@airbiz.net

| | |
|---|---|
| Invoice #: | INV720181 |
| Date: | Jul 5, 2019 |
| Terms: | 30 Days |
| Due: | Aug 4, 2019 |

| Description | Rate | Qty | Amount |
|---|---|---|---|
| Expert Witness | $400.00 | 574 | $229,600.00 |
| Airfare | $38.99 | 1 | $38.99 |
| Court Certify Fees | $0.00 | 1 | $0.00 |
| | Subtotal | | $229,638.99 |
| | Tax (0%) | | $0.00 |
| | Total | | $229,638.99 |
| | Balance Due | | $229,638.99 |

**Notes**

Preliminary Report ONLY. Client FAILED to supply data for a final report.

Expert Witness Pre-petition In re: Obduskey Case#16-17141-RGR (7/19/16) and Post petition: In re: Obduskey Case# 18-18627-RGR (10/2/18) Proof of Claim invoice per June 4, 2019 ORDER "Executory Contracts" Docket #55.

Pre-Petition Hours: 302hrs  
Post Petition Hours: 272hrs

NOTE: James Ware Kelley and Mortgage-Investigator.com reserve the right upon non payment to retain ownership with the intent to make evidence available to, including but not limited to: Law Enforcement, Compliance Agencies, Pacer Mgt Team, Judicial / Courts and elected officials as allowed per state(s) and federal laws of the United States.

Exhibit A