UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
DENNIS K. OBDUSKEY, )
) Case No.: 18-18627-JGR
) Chapter 13
Debtor. )

**MOTION TO EXTEND CLAIMS PERIOD**

    COME NOW the debtor through counsel and move to extend the claims period for a certain creditor who was previously omitted from the schedule:

    AS GROUNDS the debtor would state as follows:

1. James Ware Kelley dba Mortgage Investigator.com was originally omitted from the debtor's schedule F.

2. This creditor has filed a late filed claim. The date for filing a claim has expired.

3. Debtor requests that the claims period be extended to allow this claim.

4. The debtor did not originally schedule this claim because he had not received an invoice from Mr. Kelley and was not aware of the debt to this creditor.

    Respectfully Submitted this **9th day of September, 2019.**

LAW OFFICE OF STEPHEN H. SWIFT, PC

 */S/* Stephen H. Swift
Stephen H. Swift, #14766
Attorney for the Debtor
733 East Costilla, Suites A & B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the motion and order were served by placing the same in the US mail, First Class postage prepaid, this **9th day of September, 2019** to the following:

| VIA E-MAIL TO: | VIA ECF TO: |
|---|---|
| denniso@airbiz.net | Douglas B. Kiel, Esq. |
| | Chapter 13 Trustee |
| Dennis K. Obduskey | 7100 East Belleview Avenue |
| 604 Alpine Avenue | Suite 300 |
| Pueblo, CO 81005 | Greenwood Village, CO 80111 |

| EFILED TO:<br><br>Clerk, US Bankruptcy Court | James Ware Kelley<br>dba Mortgage Investigator.com<br>99 Wall Street<br>Suite 1576<br>New York, NY 10005 |
|---|---|

LAW OFFICE OF STEPHEN H. SWIFT P.C.

/S/ Stephen H. Swift
Stephen H. Swift, #14766
Attorney for Debtor
733 East Costilla, Suites A & B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax