UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                )
                      )
DENNIS K. OBDUSKEY,   )
                      )   Case No.: 18-18627-JGR
                      )   Chapter 13
                      )
Debtor.               )

**ORDER EXTENDING CLAIMS PERIOD FOR JAMES WARE KELLEY**

THIS MATTER comes before the Court upon the Motion of the debtor and this Court being now fully advised in the premises,

THE COURT ORDERS AS FOLLOWS:

1. The claims period for James Ware Kelley dba Mortage Investigator.com is extended to the date on which he filed his proof of claim or to July 5, 2019.

SO ORDERED this _____ day of _____, 2019.

BY THE COURT:

_____
US BANKRUPTCY JUDGE