# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | CASE: 18-18627-JGR |
| DENNIS K OBDUSKEY | CHAPTER 13 |
| DEBTOR | |

## CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING

On August 08, 2019, The Chapter 13 Trustee, Movant, filed a Motion pursuant to L.B.R. 9013-1 or 2002-1 entitled Objection to Claim (Docket No. 57). Trustee hereby represents and shows the court:

1. The Chapter 13 Trustee, Movant, certifies that service of the objection were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the certificate of service, previously filed with the motion/application on August 08, 2019.

2. N/A

3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
    a. Stephen H. Swift on behalf of Dennis K. Obduskey (Docket No. 59)

4. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, (Docket No. 57);
    b. the Notice, (Docket No. 58);
    c. the Certificate of Service of the motion and the notice, (Docket No. 58)

5. The Chapter 13 Trustee, Movant certifies that a good faith effort has been made to resolve this matter by email communication, without the necessity of a hearing.

6. Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues: Whether the late filed claim should be allowed.

7. N/A

WHEREFORE, the Chapter 13 Trustee prays that the court set this matter for hearing pursuant to L.B.R. 9013-1.

DATED: October 15, 2019

/s/ William R. Evans
William R. Evans, #36396
Attorney For The Chapter 13 Trustee
7100 E Belleview Ave, Suite 300
Greenwood Village, Co 80111
(720) 398-4444 X117
Wevans@Denver13.Com