**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | |
| ) | |
| DENNIS K. OBDUSKEY ) | Bankruptcy Case No. 18-18627-JGR |
| ) | |
| ) | Chapter 13 |
| Debtor(s). ) | |
| ) | |
| Last four digits of SS#: 8785 ) | |
| Employer's Tax Identification ) | |
| No. [if any]: N/A ) | |

## NOTICE OF TELEPHONIC PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN that the following matter has been set for a telephonic preliminary hearing on **Thursday, November 14, 2019, at 11:00 a.m., in Courtroom B**, United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado 80202-2508 regarding the following:

- Chapter 13 Trustee's Objection to Claim No. 4 filed August 8, 2019 (Doc. 57) and Debtor's Response thereto filed September 9, 2019 (Doc. 59);

- Debtor's Motion to Extend Claims Period filed September 9, 2019 (Doc. 60); and

- James W. Kelley dba Mortgage-Investigator.com's Combined Verified Motion to Deem Late Filed Proof of Claim Timely and Objection to Trustee Claim 4 Objection filed September 9, 2019 (Doc. Nos. 61 and 62).

Counsel/parties may appear by telephone at the hearing. The following instructions are provided for appearing by telephone and connecting to the conference call line:

Dial **1-888-684-8852**, a few minutes prior to commencement of the hearing. It is a computerized system and you will be prompted to input an access code, followed by the pound sign (#). The access code is: **9369782**. You will then be connected into the conference.

Failure to connect to the conference in a timely manner may preclude your participation in the hearing. If you are unable to connect after following the instructions provided, please call the Judge's chambers at 720-904-7327 and leave a name and the telephone number where you can be reached and the Court will return the call.

If the matter necessitates the Court to receive evidence to resolve the matter, the scheduled hearing will be used as a status and scheduling conference and the matter will be reset to a later date.

In the event the matter is resolved prior to hearing, the hearing shall be vacated only upon (1) receipt of a written stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or by telephone, who shall read the agreement into the record.

Dated this 16th day of October, 2019.

BY ORDER OF THE COURT:
KENNETH S. GARDNER, Clerk

By: /s/ Anne Sekera
Anne Sekera, Deputy Clerk
United States Bankruptcy Court
721 Nineteenth Street
Denver, CO 80202-2508