UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held Thursday, November 14, 2019, before Honorable Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: ) | Bankruptcy Case No. |
| **Dennis K. Obduskey** ) | 18-18627 JGR |
| ) | Chapter 13 |
| Debtor(s). ) | |
| Last four digits of SS#: : **8785** ) | |

☒ **Appearances:**
Debtor(s): Dennis Obduskey        Counsel: Stephen Swift – by phone
Trustee: Douglas Kiel             Counsel: Will Evans – by phone

☒ **No appearances:**
Creditor: James W. Kelley

**Proceedings:** Telephonic preliminary hearing regarding James W. Kelley dba Mortgage-Investigator.com's Combined Verified Motion to Deem Late Filed Proof of Claim Timely and Objection to Trustee's Claim #4 Objection filed September 9, 2019 (Docket #61 and #62).

☒  Entry of appearances and statements/arguments made
☒  Evidentiary[1]
☐  Witnesses sworn, as noted below, or ☐ see attached list
☐  Exhibits entered, as noted below, or ☐ see attached list
☒  Mr. Obduskey was present by phone. Mr. Swift made an offer of proof in support of allowing Claim No. 4 filed by James Kelley.

**Orders:**
☐  Oral findings and conclusions made of record
☒  IT IS ORDERED that James W. Kelley dba Mortgage-Investigator.com's Combined Verified Motion to Deem Late Filed Proof of Claim Timely and Objection to Trustee's Claim #4 Objection filed September 9, 2019 (Docket #61 and #62) is **GRANTED**

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ C. Manyak
By: C. Manyak, Law Clerk

---

[1] Evidentiary for statistical reporting purposes