UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DENNIS K. OBDUSKEY, | ) |
| | ) Case No.: 18-18627-JGR |
| | ) Chapter 13 |
| Debtor. | ) |

**ORDER GRANTING DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN**

UPON THE DEBTORS' Motion to Modify the Chapter 13 Plan and, the Court being now fully advised in the premises, proper notice having been given to all parties in interest, and no timely objection having been filed, it is:

ORDERED that the Motion to Modify is GRANTED. The Modified Chapter 13 Plan filed January 15, 2020 is approved.

DATED: February 10, 2020

BY THE COURT:

Joseph G. Rosania, Jr.,
United States Bankruptcy Judge