UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
DENNIS K. OBDUSKEY,                             )
                                                )   Case No.: 18-18627-JGR
                                                )   Chapter 13
                                                )
Debtor.                                         )

**POST CONFIRMATION LONG FORM FEE APPLICATION**

       COMES NOW Applicant, the Law Office of Stephen H. Swift, P.C., as attorney for the Debtor and pursuant to 11 U.S.C. § 330 requests allowance of the following fees and reimbursement of out-of-pocket expenses incurred up to the date of confirmation as follows:

**SUMMARY**

1.  TOTAL FEES REQUESTED in this application:                              $750.00

2.  TOTAL EXPENSES REQUESTED in this application:        +                 $-0-

3.  AMOUNT ALLOWED TO DATE FOR FEES & EXPENSES                             $4100.00

4.  AMOUNT REQUESTED & AVAILABLE TO BE PAID THROUGH THE PLAN               $2,745 & $750

5.  A Notice pursuant to Local Rule 9013 accompanies this motion.

6.  The following exhibits are attached:

    A.   **Exhibit A**:  Narrative Description of Services Rendered

    B.   **Exhibit B**:  Detailed post confirmation time record totaling $962.50

    C.   **Exhibit C**:  Mailing Matrix

Respectfully submitted this 11th day of March, 2020.

                              Law Office of Stephen H. Swift, P.C.

                              /s/ Stephen H. Swift
                              Stephen H. Swift, #14766
                              Attorneys for Debtor
                              733 East Costilla Street, Suites A&B
                              Colorado Springs, CO 80903
                              (719) 520-0164
                              (719) 520-0248 Fax Transmission
                              E-mail: stephen.swift@swiftlaw.net