UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENNIS K. OBDUSKEY, ) | |
| ) | Case No.: 18-18627-JGR |
| ) | Chapter 13 |
| Debtor. ) | |

**ORDER ALLOWING AND APPROVING FEES**

      The Law Office of Stephen H. Swift, P.C., counsel for the Debtor(s), is allowed a fee for services rendered post confirmation herein of $750.00 and reimbursement of out-of-pocket expenses incurred post confirmation of $-0-.  The Court previously approved attorney fees in the aggregate amount of $4,100.00 and out-of-pocket expenses in the aggregate amount of $-0-.  Counsel received $1,355.00 pre-petition. The total remaining balance of $3,495.00 is payable out of plan payments.

_____, 2020                      BY THE COURT:

                                            _____
                                            United States Bankruptcy Judge