CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the following persons on the 11th day of **March,** 20**20:**

| VIA EMAIL TO:<br><br>Dennis Keith Obduskey<br>604 Alpine Ave<br>Pueblo, CO 81005 | EFILED<br><br>Clerk, U.S. Bankruptcy Court |
|---|---|
| See Attached Mailing Matrix (**Exhibit C**) | VIA ECF TO:<br>Douglas B. Kiel, Esq.<br>Standing Chapter 13 Trustee<br>7100 East Belleview Avenue<br>Suite 300<br>Greenwood Village, CO 80111 |

_/s/ Stephen H. Swift_____