**EXHIBIT A**: NARRATIVE DESCRIPTION OF SERVICES

1. The debtor filed a motion to modify to allow payment of the IRS and Colorado Department of Revenue.

2. The debtor's taxes were audited and certain expenses claimed by him were disallowed. This resulted in larger obligation to the taxing authorities. Information about the amount owed did not become available until after confirmation of the plan.