Time Records
**Dennis Obduskey**
**Post Confirmation Matters Mot to Modify**

| Date | Time | Rate | Description | Total |
| --- | --- | --- | --- | --- |
| 12/10/19 | .30 | 275 | Conference with Dennis regarding taxes which are due for 2016 & 2017 | 82.50 |
| 1/2/20 | .10 | 275 | Review amended proof of claim filed by CDR. | 27.50 |
| 1/7/20 | .90 | 275 | Redraft plan; review claims from the IRS and add these to the plan; review proof of claim filed by CDR; 2 conferences with Dennis regarding changes to the plan. | 247.50 |
| 1/8/20 | .25 | 275 | Review email from client and draft and send response; conference with Ms. Polk at the IRS regarding claim to be filed by her office for the IRS. | 68.75 |
| 1/15/20 | .45 | 275 | Revise plan; review claims filed by CDR & IRS; send revised plan to client for his signature. | 123.75 |
| 1/15/20 | .50 | 275 | Draft and file motion to modify confirmed plan. | 137.50 |
| 3/11/20 | 1.0 | 275 | Draft and file Post Confirmation Long Form Fee Application. | 275.00 |
| | | | | 0 |
| | | | | 962.5 |

Respectfully submitted this 11th day of March, 2020.

Law Office of Stephen H. Swift, P.C.

_/s/ Stephen H. Swift_____
Stephen H. Swift, #14766
Attorney for the Debtor(s)
733 East Costilla Street, Suites A&B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax transmission

Exhibit B