| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 18-18627-JGR<br>District of Colorado<br>Denver<br>Tue Mar 10 15:46:26 MDT 2020 | Apria Healthcare Group, Inc.<br>Attn Bankruptcy<br>26220 Enterprise Court<br>Lake Forest, CA 92630-8405 | Bank of the West<br>25657 Conifer Road<br>Conifer, CO 80433-9029 |
| Capital One NA<br>Attn Bankruptcy<br>P.O. Box 30281<br>Salt Lake City, UT 84130-0281 | Capitalone<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 | Colorado Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203-2104 |
| Colorado Department of Revenue<br>2447 North Union Blvd.<br>Colorado Springs, CO 80909-1107 | Colorado Department of Revenue<br>Tax Compliance Audit Division<br>1375 Sherman Street, Room 504<br>Denver, CO 80261-0001 | Deer Creek Valley HOA<br>81 Saddle Horn Lane<br>Bailey, CO 80421-1028 |
| Deer Creek Valley HOA<br>P.O. Box 722<br>Bailey, CO 80421-0722 | Ilene Dell'Acqua<br>7700 E. Arapahoe Rd.<br>Ste., 230<br>Centennial, CO 80112-1439 | Discover Bank<br>c/o Sawaya and Rose PC<br>P.O. Box 1020<br>Denver, CO 80201-1020 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James Ware Kelley dab Mortgage-Investigator.<br>99 Wall Street<br>Suite 1576<br>New York, NY 10005<br>New York, NY 10005-4301 |
| James Kelley<br>99 Wall Street<br>Suite 1576<br>New York, NY 10005-4301 | Douglas B. Kiel<br>Douglas B. Kiel, Chapter 13 Trustee<br>Chapter 13 Trustee<br>7100 E Belleview Ave<br>Ste. 300<br>Greenwood Village, CO 80111-1637 | McCarthy & Holthus LLP<br>1770 4th Avenue<br>San Diego, CA 92101-2607 |
| McCarthy & Holthus, LLP<br>7700 East Arapahoe Road, Ste. 230<br>Centennial, CO 80112-1439 | Midland Funding<br>2365 Northside Drive<br>San Diego, CA 92108-2709 | Dennis K. Obduskey<br>604 Alpine Avenue<br>Pueblo, CO 81005-1703 |
| Occupant/Tenant/Lessee<br>132 Wagon Tongue Road<br>Bailey, CO 80421-1057 | Park County Public Trustee<br>P.O. Box 638<br>Fairplay, CO 80440-0638 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Roberson Law, LLC<br>Attn Jane Roberson, Esq.<br>720 S Colorado Blvd Ste 630<br>Denver, CO 80246-1943 | Snell and Wilmer<br>1200 17th Street, Ste. 1900<br>Denver, CO 80202-5854 | State Collection Service<br>2509 South Stoughton Road<br>Madison, WI 53716-3314 |
| Steven Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 | Steven L. Hill, Esq.<br>Riggs, Abney,Turpen, Orbison & Lewis PC<br>50 South Steele Street, Ste. 600<br>Denver, CO 80209-2811 | Stephen H. Swift<br>733 E. Costilla St.<br>Ste. A & B<br>Colorado Springs, CO 80903-3783 |

Exhibit C

Syncb/jcp  
Po Box 965007  
Orlando, FL 32896-5007

Syncb/ultimate Electrn  
C/o Po Box 965036  
Orlando, FL 32896-0001

Synchrony Bank  
c/o PRA Receivables Management, LLC  
PO Box 41021  
Norfolk, VA 23541-1021

US Attorney - Department of Justice  
Tax Division - Western Region  
Ben Franklin Station  
Washington, DC 20044

US Attorney - District of Colorado  
1225 17th Street, Ste. 200  
Denver, CO 80202-5534

US Trustee  
Byron G. Rogers Federal Building  
1961 Stout St.  
Ste. 12-200  
Denver, CO 80294-6004

Verizon  
by American InfoSource as agent  
PO Box 248838  
Oklahoma City, OK 73124-8838

Wells Fargo Home Mortgage  
P.O. Box 14507  
Des Moines, IA 50306-3507

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS District Director  
Attn Special Procedures  
600 17th Street, 12th Floor North  
Denver, CO 80202

(d) Internal Revenue Service  
Attn Technical Services Advisory Group  
1999 Broadway MS 5021 DEN  
Denver, CO 80202-2490

(d) Internal Revenue Service  
P.O. Box 21126  
Philadelphia, PA 19114-0326

Portfolio Recovery Associates  
120 Corporate Blvd., Ste. 1  
Norfolk, VA 23502

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Wells Fargo Bank, N.A.

End of Label Matrix  
Mailable recipients   37  
Bypassed recipients    1  
Total                 38