UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DENNIS K. OBDUSKEY, ) | |
| ) | Case No.: 18-18627-JGR |
| ) | Chapter 13 |
| Debtor. ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER (FORM 9013-1.3)**

On **March 11, 2020**, the Debtors through counsel, filed a motion or application pursuant to L.B.R. 2016-3.2 entitled <u>Chapter 13 Fee Application</u>. Movants hereby certify that the following is true and correct.

1. Service of the **application**, notice and order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed.R.Bankr.P. and the L.B.R. as is shown on the notice and the attached certificate of service, L.B. Form 2016-3.3, previously filed with the **application** on **March 11, 2020**.

2. Mailing or other service of the notice was timely on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on March 11, 2020.

3. The document numbers for each of the relevant documents are:

   a. the Application and all documents attached thereto and served therewith (**docket no. 85**);
   b. the notice (**docket no. 85**);
   c. the certificate of service of the fee application and the notice (**docket no. 85**); &
   d. the proposed order (**docket no. 85**).

4. No objections to or requests for hearing on the motion/ application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice, or have been resolved.

WHEREFORE, Movants pray that the Court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Respectfully submitted this **2nd** day of **April, 2020**.

Law Office of Stephen H. Swift, P.C.

__/s/ Stephen H. Swift_____

Stephen H. Swift, #14766
Attorney for the Debtors
733 East Costilla Street, Suites A & B
Colorado Springs, CO 80903
(719) 520-0164
(719) 520-0248 fax

## CERTIFICATE OF MAILING

I certify that a copy of the foregoing was mailed, postage prepaid, this **2nd** day of **April, 2020,** to the following persons:

| VIA EMAIL TO:<br><br>Dennis Keith Obduskey<br>604 Alpine Ave<br>Pueblo, CO 81005 | EFILED<br><br>Clerk, U.S. Bankruptcy Court |
|---|---|
|  | VIA ECF TO:<br>Douglas B. Kiel, Esq.<br>Standing Chapter 13 Trustee<br>7100 East Belleview Avenue<br>Suite 300<br>Greenwood Village, CO 80111 |

_/s/ Stephen H. Swift_____