UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                    )
                                          )
DENNIS K. OBDUSKEY,                       )
                                          )        Case No.: 18-18627-JGR
                                          )        Chapter 13
Debtor.                                   )

## ORDER ALLOWING AND APPROVING FEES

The Law Office of Stephen H. Swift, P.C., counsel for the Debtor(s), is allowed a fee for services rendered post confirmation herein of $750.00 and reimbursement of out-of-pocket expenses incurred post confirmation of $-0-.  The Court previously approved attorney fees in the aggregate amount of $4,100.00 and out-of-pocket expenses in the aggregate amount of $-0-. Counsel received $1,355.00 pre-petition. The total remaining balance of $3,495.00  is payable out of plan payments.

DATED:  April 3,2020

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge