```
                            United States Bankruptcy Court
                                 District of Colorado
In re:                                                          Case No. 18-18627-JGR
Dennis K. Obduskey                                              Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1082-1          User: admin              Page 1 of 1          Date Rcvd: Apr 03, 2020
                              Form ID: pdf904          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db             +Dennis K. Obduskey,    604 Alpine Avenue,    Pueblo, CO 81005-1703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Douglas B. Kiel    ecfmail@denver13.com
              Ilene Dell'Acqua    on behalf of Creditor    Wells Fargo Bank, N.A. bknotice@mccarthyholthus.com,
               idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Stephen H. Swift    on behalf of Debtor Dennis K. Obduskey stephen.swift@swiftlaw.net,
               alicia@swiftlaw.net
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
DENNIS K. OBDUSKEY, )
) Case No.: 18-18627-JGR
) Chapter 13
Debtor. )

**ORDER ALLOWING AND APPROVING FEES**

  The Law Office of Stephen H. Swift, P.C., counsel for the Debtor(s), is allowed a fee for services rendered post confirmation herein of $750.00 and reimbursement of out-of-pocket expenses incurred post confirmation of $-0-.  The Court previously approved attorney fees in the aggregate amount of $4,100.00 and out-of-pocket expenses in the aggregate amount of $-0-. Counsel received $1,355.00 pre-petition. The total remaining balance of $3,495.00  is payable out of plan payments.

DATED:  April 3,2020

BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge