UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                )
                                      )
DENNIS K. OBDUSKEY,                   )
                                      )        Case No.: 18-18627-JGR
                                      )        Chapter 13
Debtor.                               )

---

### CHAPTER 13 DEBTOR'S CERTIFICATION TO OBTAIN DISCHARGE PURSUANT TO 11 U.S.C. § 1328

I, Dennis K. Obduskey, certify that:

**1.   Plan Payments:**

[ ✓ ]   I have completed all payments and obligations required by my Chapter 13 Plan.

**2.   Domestic Support Obligations:**

[ ✓ ]   I have no domestic support obligations.

[   ]   During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court, administrative agency, or by any statute.

[   ]   I have provided the chapter 13 trustee with the information required for notice by 11 U.S.C. § 1302 (d)(1)(c).

**3.   Valuation of Collateral Pursuant to 11 U.S.C. § 506:**

[   ]   I previously filed a *Motion for Valuation of Collateral and Determination of Secured Status Under 11 U.S.C. § 506* (the "Motion") (docket no. 7) as to the real property described below.  The Motion was granted on _____, (docket no. ___).

[   ]   Pursuant to the Motion and my Chapter 13 Plan, I request an order that the following liens are extinguished (proposed order is attached):

| Name of Creditor | Description of Collateral (pursuant to confirmed plan) |
| --- | --- |
|  |  |

**4.   Felony Convictions under 11 U.S.C. § 522(q)(1) and 11 U.S.C. § 1328(h).**

[ ✓ ]   I have not been convicted of a felony (as defined in section 3156 of title 18).  See 11 U.S.C. § 522(q)(1)(A).

[ ✓ ]   There are no pending proceedings in which I may be found guilty of a felony of the kind described in Section 522(q)(1)(B).

**5.**     **Personal Financial Management Course**

[ ✓ ]     I have completed an instructional course in personal financial management and the completion has been filed.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: __11/3/2023__                    By: __/s/ Dennis K. Obduskey__

                                          Signature of Dennis K. Obduskey

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Chapter 13 Debtor's Certification to Obtain Discharge was served by placing the same in the United States Mail, first class postage pre-paid, this __7th__ day of __November__, 2023 to the following:

| | |
|---|---|
| VIA EMAIL TO: Debtor | VIA ECF TO: Douglas B. Kiel, Esq. Chapter 13 Trustee |
| EFILED<br><br>Clerk, US Bankruptcy Court | VIA ECF TO:<br><br>Office of the US Trustee |
| James Ware Kelley dba Mortgage-Investigator.com 99 Wall Street Suite 1576 New York, NY 10005 | Verizon by American InfoSource PO Box 248838 Oklahoma City, OK 73124-8838 |
| Wells Fargo Home Mortgage PO Box 14507 Des Moines, IA 50306 | Deer Creek Valley HOA PO Box 722 Bailey, CO 80421 |
| VIA ECF TO: Ilene Dell'Acqua, Esq. for Wells Fargo Bank NA | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41021 Norfolk, VA 23541 |
| Snell & Wilmer 1200 17th Street Suite 1900 Denver, CO 80202-5854 | Steven Hill, Esq. Riggs Abney Turpen Orbison & Lewis PC 50 South Steele Street Suite 600 Denver, CO 80209 |
| McCarthy & Holthus LLP 7700 East Arapahoe Road Suite 230 Centennial, CO 80112-1266 | McCarthy & Holthus LLP 1770 4th Avenue San Diego, CA 92101 |

                              __/s/ Stephen H. Swift__