United States Bankruptcy Court
District of Colorado

In re: Case No. 18-18627-JGR
Dennis K. Obduskey Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 3
Date Rcvd: Nov 09, 2023     Form ID: 3180W     Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis K. Obduskey, 604 Alpine Avenue, Pueblo, CO 81005-1703 |
| cr | + | James Kelley, 99 Wall Street, Suite 1576, New York, NY 10005-4301 |
| 18149578 | | Colorado Department of Revenue, 2447 North Union Blvd., Colorado Springs, CO 80909-1107 |
| 18149579 | + | Deer Creek Valley HOA, P.O. Box 722, Bailey, CO 80421-0722 |
| 18149580 | + | Deer Creek Valley HOA, 81 Saddle Horn Lane, Bailey, CO 80421-1028 |
| 18149581 | | Discover Bank, c/o Sawaya and Rose PC, P.O. Box 1020, Denver, CO 80201-1020 |
| 18491034 | + | James Ware Kelley dab Mortgage-Investigator.com, 99 Wall Street, Suite 1576, New York, NY 10005, New York, NY 10005-4301 |
| 18149589 | + | Occupant/Tenant/Lessee, 132 Wagon Tongue Road, Bailey, CO 80421-1057 |
| 18149590 | + | Park County Public Trustee, P.O. Box 638, Fairplay, CO 80440-0638 |
| 18149593 | | Snell and Wilmer, 1200 17th Street, Ste. 1900, Denver, CO 80202-5854 |
| 18149595 | + | Steven Hill, Esq., Riggs, Abney,Turpen, Orbison & Lewis PC, 50 South Steele Street, Ste. 600, Denver, CO 80209-2811 |
| 18149596 | | Steven L. Hill, Esq., Riggs, Abney,Turpen, Orbison & Lewis PC, 50 South Steele Street, Ste. 600, Denver, CO 80209-2811 |
| 18149599 | | US Attorney - Department of Justice, Tax Division - Western Region, Ben Franklin Station, Washington, DC 20044 |
| 18149600 | + | US Attorney - District of Colorado, 1225 17th Street, Ste. 200, Denver, CO 80202-5534 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Nov 10 2023 03:26:00 | IRS, 600 17th St., Stop 5027 DEN, Denver, CO 80202 |
| 18149572 | + | Email/Text: bankruptcy@bmo.com | Nov 09 2023 22:28:00 | Bank of the West, 25657 Conifer Road, Conifer, CO 80433-9029 |
| 18149573 | | EDI: CAPITALONE.COM | Nov 10 2023 03:23:00 | Capital One NA, Attn Bankruptcy, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 18149575 | + | EDI: CAPITALONE.COM | Nov 10 2023 03:23:00 | Capitalone, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 18149576 | + | Email/Text: bankruptcy@coag.gov | Nov 09 2023 22:28:00 | Colorado Attorney General, Ralph L. Carr Judicial Building, 1300 Broadway, 10th Floor, Denver, CO 80203-2104 |
| 18149577 | | EDI: CODEPREV.COM | Nov 10 2023 03:23:00 | Colorado Department of Revenue, Tax Compliance Audit Division, 1375 Sherman Street, Room 504, Denver, CO 80261-0001 |
| 18149586 | | Email/Text: bknotice@mccarthyholthus.com | Nov 09 2023 22:28:00 | McCarthy & Holthus LLP, 1770 4th Avenue, San Diego, CA 92101 |
| 18149587 | | Email/Text: bknotice@mccarthyholthus.com | Nov 09 2023 22:28:00 | McCarthy & Holthus, LLP, 7700 East Arapahoe Road, Ste. 230, Centennial, CO 80112-1266 |
| 18149588 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 09 2023 22:28:00 | Midland Funding, 2365 Northside Drive, San |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Diego, CA 92108-2710 |
| 18149591 | | EDI: PRA.COM | Nov 10 2023 03:26:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 18149594 | | Email/Text: amieg@stcol.com | Nov 09 2023 22:28:00 | State Collection Service, 2509 South Stoughton Road, Madison, WI 53716-3314 |
| 18149597 | + | EDI: RMSC.COM | Nov 10 2023 03:23:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 18149598 | + | EDI: RMSC.COM | Nov 10 2023 03:23:00 | Syncb/ultimate Electrn, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 18149994 | + | EDI: RMSC.COM | Nov 10 2023 03:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 18206086 | | EDI: AIS.COM | Nov 10 2023 03:26:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 18149601 | + | EDI: WFFC.COM | Nov 10 2023 03:26:00 | Wells Fargo Home Mortgage, P.O. Box 14507, Des Moines, IA 50306-3507 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 18149574 | * | Capital One NA, Attn Bankruptcy, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 18149585 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS District Director, Attn Special Procedures, 600 17th Street, 12th Floor North, Denver, CO 80202 |
| 18149582 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attn Technical Services Advisory Group, 1999 Broadway MS 5021 DEN, Denver, CO 80202-2490 |
| 18149583 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 18149584 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18149571 | ##+ | Apria Healthcare Group, Inc., Attn Bankruptcy, 26220 Enterprise Court, Lake Forest, CA 92630-8405 |
| 18149592 | ##+ | Roberson Law, LLC, Attn Jane Roberson, Esq., 720 S Colorado Blvd Ste 630, Denver, CO 80246-1953 |

TOTAL: 0 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023                                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

**Name**                                **Email Address**

| District/off: 1082-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: 3180W | Total Noticed: 30 |

Douglas B. Kiel
    ecfmail@denver13.com

Ilene Dell'Acqua
    on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com

Stephen H. Swift
    on behalf of Debtor Dennis K. Obduskey stephen.swift@swiftlaw.net alicia@swiftlaw.net

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dennis K. Obduskey<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8785<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of Colorado | |
| Case number: | 18-18627-JGR | |

# Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Dennis K. Obduskey
>   aka Dennis Keith Obduskey, fdba Dennis K.
>   Obduskey, Travel Consultant

11/9/23                                                   **By the court:** Joseph G. Rosania Jr.
                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**